IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANDREW FIELDS, III, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, *et al.*, )<br>    Defendants. ) | Civil Action No. 7:22-cv-00021<br><br>By: Elizabeth K. Dillon<br>United States District Judge |

**ORDER**

Plaintiff Andrew Fields, III, an inmate in the custody of the federal Bureau of Prisons and proceeding *pro se*, filed this civil rights complaint in January 2022. By order entered September 22, 2022, the case was dismissed after Fields failed to submit the full filing fee or submit documents to complete his application to proceed *in forma pauperis*. Subsequently, the court received from Fields both the full filing fee and a motion to reconsider the dismissal (Dkt. No. 23). The motion to reconsider reflects that he requested the money be deducted on August 24, 2022, within the deadline set by the court's order, and that the money was taken from his account to pay for court fees on September 9, 2022.

Having considered the information presented by Fields, it is hereby ORDERED that the motion to reconsider (Dkt. No. 23) is GRANTED, and the Clerk shall reinstate this case on the active docket of the court.

Also, because Fields has paid the full filing fee, he is responsible for effecting service on defendants. Accordingly, the Clerk is further DIRECTED to send instructions to Fields as to how to serve defendants and the appropriate documents for doing so.

The Clerk shall send a copy of this order to Fields.

Entered: October 4, 2022.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge