IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Andrew Fields III,
   Plaintiff,

          :        Civil Action No. 7:22-cv-00021

  V.

          :        Judge Elizabeth K. Dillion

Federal Bureau of Prisons, et., Al.,
   Defendants,

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA.
FILED

NOV 07 2022

LAURA A. AUSTIN, CLERK
BY: _____
   DEPUTY CLERK

# Motion to Show Cause

Now Comes, plaintiff, Andrew Fields III, a pro se, prisoner in thee Above styled case moves this honorable Court to Rule in his Favor on this Motion to Show Cause. Plaintiff states the Following:

1. Plaintiff is a inmate residing at the United States Penitentiary - Thomson proceeding pro se in thee Above styled case. And After paying the Courts In forma pauperis Filing Fee and an Extra $350.00 to cover the Costs for Additional copies of his Civil Complaint in order to Execute service of process on the defendants has made plaintiff indigent.

2. Plaintiff is Asking that the Court Request that the U.S. Marshals Service execute the service of process because plaintiff is incarcerated And doesn't possess the Knowledge or Accurate Addresses to Adequately perform A successful service of process nor does he has the resources.

Wherefore plaintiff prays that this Court please Allow the United States Marshals Service execute the service of process in this case to prevent unnecessary delays. Plaintiff Returned All of the service of summons forms on 10/27/2022

SINCERELY Yours,

Mr. Andrew Fields III, Reg. No. # 04595-033
SIGNATURE AND DATED

United States Penitentiary - Thomson
P.O. Box 1002
Thomson, Illinois 61285

PAGE (2) of (2) PAGES

Andrew fields, III Reg No # 54595-033
United States Penitentiary Thomson
P.o. Box 1002
Thomson, Illinois 61285

INMATE
IDENTIFICATION
CONFIRMED

OFFice of THE CLERK,
United States District Court
210 FRANKLIN RD., RM 540
ROANOKE, VA 24011

FOREVER

100 RECEIVED 3L PROF
IL 613 2 T
02 NOV 2022 PM

LEGAL MAIL
18 U.S.C. § 1701, 1702
Criminal Penalty Involked
For Interferance

2401132208