IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANDREW FIELDS, III,<br>    Plaintiff, | )<br>)<br>)  Civil Action No. 7:22-cv-00021 |
| v. | )<br>)<br>)  By: Elizabeth K. Dillon |
| FEDERAL BUREAU OF PRISONS, *et al.*,<br>    Defendants. | )  United States District Judge<br>) |

JUDGMENT ORDER

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that this action is DISMISSED for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff's motion for service of process by the United States Marshal Service (Dkt. No. 33) is DENIED AS MOOT.

It is further ORDERED that the clerk shall STRIKE this case from the active docket of the court.

This is a final judgment pursuant to Federal Rule of Civil Procedure 58. The Clerk shall provide copies of the accompanying memorandum opinion and this judgment order to Fields.

Entered: January 31, 2023.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge