CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

MAR 13 2023

LAURA A. AUSTIN, CLERK
BY: /s/ _____
DEPUTY CLERK

Clerk of the Court,                                         MARCH 8, 2023

I am inquiring About A Notice of Appeal that I filed on February 8, 2023 Regard my Civil Action Case No. 7:22-cv-00021. Its been over (30) Days And I still havent heard Anything in Return.

                    Thanks


                    Sincerely,


                    Andrew Fields, Reg. No# 34595-033
                    United States Penitentiary - Pollock
                    P.O. Box 2099
                    Pollock, LA 71467

Mr. Andrew Tiells, Reg No. #04595-033
United States Penitentiary - Pollock
  P.O. Box 2099
  Pollock, LA 71467

  Clerk of the Court
  United States District Court
    Richard H. Poff Federal Building
    210 Franklin Road, S.W Room 308
    Roanoke, VA 24011-22011

Legal Mail
18 USC § 1701, 1702
Criminal Penalty Involved for
Interferance

24011-220883

SEALED BY ANDREW FIELDS ON 3/8/2023 AT U.S.P. Pollock AND PLACED IN THE MAILING SYSTEM

RECEIVED
MAR 13 2023
USDC Clerk's Office
Mail Room