## APPEAL TRANSMITTAL SHEET (non-death penalty)

**Transmittal to 4CCA of notice of appeal filed:** 03/14/23

- ✓ First NOA in Case
- X Subsequent NOA-same party
- ___ Subsequent NOA-new party
- ___ Subsequent NOA-cross appeal
- ___ Paper ROA   ___ Paper Supp.
- Vols: _____
- Other: _____

**District:** Western District of Virginia

**Division:** Roanoke

**Caption:** Andrew Fields, III v. Federal Bureau of Prisons et al

**District Case No.:** 7:22cv00021

**4CCA No(s). for any prior NOA:**

**4CCA Case Manager:**

**Exceptional Circumstances:** ___ Bail  ___ Interlocutory  ___ Recalcitrant Witness  ___ Other _____

**Confinement-Criminal Case:**
- ___ Death row-use DP Transmittal
- ___ Recalcitrant witness
- ✓ In custody
- ___ On bond
- ___ On probation

**Defendant Address-Criminal Case:**
United States Penitentiary-Pollock
PO Box 2099
Pollock, LA 71467

**District Judge:** Judge Elizabeth K. Dillon

**Court Reporter** (list all):

**Coordinator:**

**Fee Status:**
- ___ No fee required (USA appeal)   ___ Appeal fees paid in full   ___ Fee not paid

**Criminal Cases:**
- ___ Defendant proceeded under CJA in district court.
- ___ Defendant did not proceed under CJA in district court.

**Civil, Habeas & 2255 Cases:**
- ___ Court granted & did not revoke IFP status (continues on appeal)
- ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
- ___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**
- ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
- ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply):
- ___ Portions of record under seal
- ___ Entire record under seal
- ___ Party names under seal
- ___ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable):
- ✓ Assembled electronic record available upon request
- ___ Additional sealed record available upon request
- ___ Paper record or supplement available upon request
- ✓ No in-court hearings held
- ___ In-court hearings held – all transcript on file
- ___ In-court hearings held – all transcript not on file
- ___ Other:

**Record Status for Counseled Appeals** (check any applicable):
- ___ Assembled electronic record available upon request
- ___ Additional sealed record available upon request
- ___ Paper record or supplement available upon request
- ___ No in-court hearings held
- ___ In-court hearings held – all transcript on file
- ___ In-court hearings held – all transcript not on file
- ___ Other:

**Deputy Clerk:** S. Taylor    **Phone:** 5408575100    **Date:** 03/14/23

02/2023